No. 03-14-00631-CR

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JASON SIBLEY

V.

THE STATE OF TEXAS

From Appeal No. 03-14-00631-CR
Trial Cause No. D-1-DC-13-300292
Travis County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS

Comes now Jason Sibley, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In Support of this motion, appellant show the Court the following.

## I.

The Petitioner was convicted in the 403rd District Court of Travis County, Texas of the Offense of Sexual Assault in Cause No. D-1-DC-13-300292, styled State of Texas vs. Jason Sibley. The petitioner appealed to the Court of Appeals, Third Supreme Judicial District. The case was affirmed on August 17, 2016.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 26 2016

Abel Acosta, Clerk

## II.

The present deadline for filing the Petition for Discretionary Review is October 1, 2016. The petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner did not recieve the decision of the Court of Appeals affirming his case from his Appeal Attorney until September 9, 2016. Petitioner's Appeal Attorney also informed petitioner he will not be representing petitioner on Discretionary Review because he filed a Andaus brief. The Court of Appeals granted his withdraw from petitioner's case. Petitioner is currently on lockdown and doesn't have the correct access to the Law Library to perfect his Petition for Discretionary Review Pro Se.

WHEREFORE, Petitioner prays this Court grant his motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 03-14-00631-CR to December 1, 2016.

Jason Siblou
Petitioner, Pro Se

Texas Department of Criminal Justice
Beto 1 Unit
1391 FM 3328 TDCJ# 1957737
Tenessee Colony, Texas 75800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forward by U.S. Mail, postage prepaid, first class, to the Attorney for State Lisa C. McMinn at P.O. Box. 13046 Austin Tx. 78711, and to the State Prosecuting Attorney P.O. Box 12405. Austin Tx. 78711 on this the _26th_ day of _September_ .2016.

Jason Sibley
Petitioner - Pro Se

I, Jason Sibley, TDCJ # 1957737, being presently incarcerated in the Beto 1 Unit of the Texas Department of Criminal Justice in Anderson County Texas, verify and declare under penalty of perjury that the foregoing statement are true and correct. Executed on this _26th_ day of _September. 2016_.

Jason Sibley
1391 FM 3328 TDCJ # 1957737
Tenessee Colony, Tx. 75800
Beto 1 Unit

Dear Clerk:

Enclosed please find my pro se Defendant's Motion for Extension of Time to file Petition for Discretionary Review. Please file this Motion and bring it to the attention of the Court.

Please date-stamp this letter and return it to my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

Jason Sibley
Defendant Pro Se

Beto 1 Unit TDCJ# 1957737
1391 FM 3328
Tennessee Colony Tx. 75800

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 26 2016

Abel Acosta, Clerk